IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00654-WYD-BNB

UNITED STATES OF AMERICA,

      Petitioner,

  v.

LESLIE M. JOY, and,
JOHN MICHAEL JOY,

      Respondents.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the United State's Motion to Dismiss filed May 9, 2007 (docket #8).  The motion requests dismissal of the Petition to Enforce the Internal Revenue Service Summons with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and states that respondents have now complied with the summons.  Upon consideration of the motion and file herein, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each side to bear their own costs and fees.  It is

FURTHER ORDERED that the hearing set for May 9, 2007, at 3:30 p.m. is **VACATED**.

Dated:  May 9, 2007

                              BY THE COURT:
                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge